# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :  No. 637 EAL 2015
:
                Respondent  :  Petition for Allowance of Appeal from
:  the Order of the Superior Court
:
                v.  :
:
:
:
DERRICK ROBINSON,  :
:
                Petitioner  :

## ORDER

**PER CURIAM**

      **AND NOW**, this 6th day of April, 2016, the Petition for Allowance of Appeal is **DENIED**.